IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02076-WYD-KLM

MELODEE LAWSON, and
DANIEL LAWSON,

    Plaintiffs,

v.

JUSTIN SMITH, in his official capacity as Sheriff of Larimer County, Colorado,

    Defendant.

## MINUTE ORDER

### ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

    This matter is before the Court on the parties' **Stipulated Motion for Protective Order** [#18] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#18] is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that the Protective Order [#18-1] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

    Dated: February 2, 2016