IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 15-cv-02076-WYD-KLM

MELODEE LAWSON, and
DANIEL LAWSON,

    Plaintiffs,

v.

JUSTIN SMITH, in his official capacity as Sheriff of Larimer County, Colorado,

    Defendant.

## STIPULATED ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertently or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Stipulated Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

    Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

| | |
|---|---|
| Dated: January 28, 2016 | Respectfully Submitted, |
| s/ Andrew C. Montoya | s/ Jeannine S. Haag |
| Andrew C. Montoya | Jeannine S. Haag |
| Kevin W. Williams | William G. Ressue |
| Colorado Cross-Disability Coalition | Larimer County Attorney's Office |
| 1385 South Colorado Blvd., Suite 610-A | 224 Canyon Ave., Suite 200 |
| Denver, CO 80222 | P.O. Box 1606 |
| Phone: (720) 336-1036 | Fort Collins, Colorado 80522 |
| Email: amontoya@ccdconline.org | Telephone: 970-498-7450 |
| Phone: (720) 336-3584 | Telefax: 970-498-7430 |
| Email: kwilliams@ccdconline.org | jeanninehaag@larimer.org |
| Facsimile: (720) 420-1390 | wressue@larimer.org |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

**SO ORDERED**

Dated: February 1, 2016

Hon. Kristen L. Mix
United States Magistrate Judge

2